UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Elizabeth Ann Gilroy | Bankruptcy No.20-14567-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of March, 2021, by first class mail upon those listed below:

Elizabeth Ann Gilroy
811 SUNNYBROOK RD
POTTSTOWN, PA  19464

**Electronically via CM/ECF System Only:**

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE, PA  18938-0713


/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee