| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14567-PMM**

Elizabeth Ann Gilroy　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 11/30/2020
811 SUNNYBROOK RD　　　　　　　　　　　　　　　　　　　341 Hearing Date: 01/12/2021
POTTSTOWN  PA    19464　　　　　　　　　　　　　　　　　Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $356.00 | | 02/02/2021 | $250.00 | | 02/09/2021 | $110.00 | |
| 02/23/2021 | $200.00 | | 03/01/2021 | $160.00 | | 04/05/2021 | $356.00 | |
| 05/03/2021 | $356.00 | | 06/08/2021 | $356.00 | | | | |

**Total Receipts for the Period:  $2,144.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,144.00 | Current Monthly Payment: | $356.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($8.00) |
| Paid to Trustee: | $171.44 | Total Plan Base: | $12,816.00 |
| Funds on Hand: | $1,972.56 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.