United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-14567-pmm
Elizabeth Ann Gilroy     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Dec 02, 2021     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Ann Gilroy, 811 Sunnybrook Rd, Pottstown, PA 19464-2911 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14564280 | + | Amerifinancial Solutio, Po Box 65018, Baltimore, MD 21264-5018 |
| 14564282 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14564289 | | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14571127 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14564303 | | Mr. Cooper, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 14577710 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14566787 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14564304 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14570002 | + | PNC Bank, National Association, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14564316 | + | Tri County Emer, Po Box 65018, Baltimore, MD 21264-5018 |
| 14564320 | | Wfb Cd Svc, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14564323 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14564279 | + | Email/Text: backoffice@affirm.com | Dec 02 2021 23:23:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14564282 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2021 23:23:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14564283 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:39:14 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14564284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:39:14 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14564285 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14564287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14580273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 20-14567-pmm    Doc 33    Filed 12/04/21    Entered 12/05/21 00:34:24    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14564288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14564291 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14564292 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenitybank/cratebarl, Po Box 182789, Columbus, OH 43218-2789 |
| 14564293 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14564294 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 23:23:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14564295 | + | Email/Text: BKPT@cfna.com | Dec 02 2021 23:23:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14564302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14564297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 02 2021 23:39:29 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14571127 | + | Email/Text: RASEBN@raslg.com | Dec 02 2021 23:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14564296 | + | Email/Text: bk.notifications@jpmchase.com | Dec 02 2021 23:23:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 14574541 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:39:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14564301 | + | Email/Text: Documentfiling@lciinc.com | Dec 02 2021 23:23:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 14569186 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2021 23:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14566787 | | Email/Text: amps@manleydeas.com | Dec 02 2021 23:23:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14576803 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2021 23:23:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14564305 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2021 23:23:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14575937 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14564307 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14564308 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:29 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14564309 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:38:56 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14564310 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:13 | Syncb/jewelry Custom, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14564311 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:14 | Syncb/jtv, Po Box 965036, Orlando, FL 32896-5036 |
| 14564312 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:11 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14564313 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:38:56 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 50 |

| 14564314 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 03 2021 09:24:09 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14564319 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 03 2021 09:24:09 | Universal Card Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14564281 | *+ | Amerifinancial Solutio, Po Box 65018, Baltimore, MD 21264-5018 |
| 14564286 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14564290 | * | Citicards Cbna, Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 14564298 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14564299 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14564300 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14566788 | * | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14581012 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14564306 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14564315 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14564317 | *+ | Tri County Emer, Po Box 65018, Baltimore, MD 21264-5018 |
| 14564318 | *+ | Tri County Emer, Po Box 65018, Baltimore, MD 21264-5018 |
| 14564321 | * | Wfb Cd Svc, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14564322 | * | Wfb Cd Svc, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| BRIAN C. EVES | on behalf of Debtor Elizabeth Ann Gilroy BrianEvesLaw@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 50 |

        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Elizabeth Ann Gilroy<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-14567-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 2, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE